ACCEPTED
01-15-00039-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 2:00:11 PM
CHRISTOPHER PRINE
CLERK

Steven Greene
Attorney at Law
P.O. Box 232
Anahuac, Texas 77514
409-267-6290

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/26/2015 2:00:11 PM

CHRISTOPHER A. PRINE
Clerk

February 26, 2015

Hon. Christopher A Prine
Clerk of the Court
First Court of Appeals
301 Fannin St.
Houston, TX 77002-2066

RE:  Cause Number 01-15-00039-CR; Thomas Nolan White v. The State of
Texas

Along with this letter, please find a copy of the certified mail return receipt (CM,
RRR # 7013 2250 0001 8992 3459) and other documents, reflecting delivery to
Appellant's current location of the letter, Appellant's Anders Brief, Clerk's Record
on Appeal, Reporter's Record on Appeal and Motion to Withdraw that was sent to
him by me on February 23, 2015.

Please file this letter and attachments among the other papers that are currently
on file in this cause of action.  If you have any questions, please let me know.

Sincerely,

Steve Greene

Steven Greene
Attorney at Law
P.O. Box 232
Anahuac, Texas 77514
(409) 267-6290

February 23, 2015

Thomas Nolan White # 1962792
Gist State Jail Unit – TDCJ
3295 FM 3514
Beaumont, Texas 77705

RE:  Case # 01-15-00039-CR; Thomas Nolan White v. State of Texas

Mr. White:

On February 23, 2015, I submitted the Appellate Brief in your case.  After a diligent search of the records in your case and the applicable law, it is my opinion that no reversible error occurred in your case.

The law gives you the right to review the records of your case and file any brief that you deem necessary on your own behalf.  Please advise the Clerk of the Court of Appeals immediately if you desire to file a **Pro Se** brief.  The address of the Clerk of the First Court of Appeals is:  Hon. Christopher A Prine, Clerk of the Court, First Court of Appeals, 301 Fannin Street, Houston, TX 77002-2066.

I have attached a copy of the **Anders** Brief filed on your behalf.  I have provided you with a copy of the Clerk's Record on appeal (two volumes) and the Reporter's Record on appeal (six volumes).  (CM, RRR # 7013 2250 0001 8992 3459).  If you have any questions, please let me know.

Sincerely,

Steve Greene

CM RRR # 7013 2250 0001 8992 3459

P.S. — A copy of my motion to withdraw is also enclosed.

**U.S. Postal Service ™**
**CERTIFIED MAIL ™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BEAUMONT TX 77705-7655

| | | | |
|---|---|---|---|
| Postage | $ | $8.95 | 0514 |
| Certified Fee | | $3.30 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $14.95 | 02/23/2015 |

Postmark Here
ANAHUAC TX 77514
Fri 23 2015 USPS

Sent To _Thomas Nolan White #1962792_
Street, Apt. No.; or PO Box No. _Gist State Jail Unit - TDCJ_
_3295 FM 3514_
City, State, ZIP+4 _Beaumont, Texas 77705_

PS Form 3800, August 2006     See Reverse for Instructions

7013 2250 0001 8992 3459

---

```
=================================
         ANAHUAC
     ANAHUAC, Texas
       775149800
     4841490514-0099
02/23/2015 (409)267-6451 12:00:49 PM
=================================
======== Sales Receipt ========
Product        Sale Unit      Final
Description     Qty Price     Price
=================================
@@ ~~ BEAUMONT TX 77705-7655      $8.95
Zone-1
Priority Mail 2-Day By
Weight
4 lb. 3.90 oz.
  Expected Delivery: Wed 02/25/15
  Includes $50 insurance

Return Rcpt (Green            $2.70
Card)
@@ Certified                  $3.30
USPS Certified Mail #:
70132250000189923459
                           ========
Issue Postage:                $14.95

                           ==========
Total:                        $14.95

Paid by:
Cash                          $20.00
Change Due:                   -$5.05

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm
.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************
```

UNITED STATES POSTAL SERVICE

24 FEB '15



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

STEVEN GREENE
ATTORNEY AT LAW
P.O. BOX 232
ANAHUAC, TEXAS 77514

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THOMAS NOLAN WHITE
     #1962792
GIST STATE JAIL UNIT - TDCJ
3295 FM 3514
BEAUMONT, TEXAS
          77705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   NGregun                        2/24/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail®        ☐ Priority Mail Express™
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)

7013 2250 0001 8992 3459